ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 11441
MEGAN E. WESSEL, ESQ.
Nevada Bar No. 14131
**PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
Telephone: (702) 938-1510
Facsimile: (702) 938-1511
rphillips@psalaw.net
mwessel@psalaw.net

*Attorneys for Defendant
Walmart, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HAYDI FANESTE,<br><br>    Plaintiff,<br><br>v.<br><br>WALMART, INC.; ROE CORPORATIONS 1 through X, inclusive; and DOES I through X, inclusive,<br><br>    Defendants. | Case No.: 2:19-cv-01477-RFB-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear their

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

party's own costs and attorney's fees.

DATED this 5TH day of ~~January~~ MARCH, 2020.

**CRAM VALDEZ BRIGMAN & NELSON**

_____
ROGER M. CRAM, ESQ.
Nevada Bar No. 6612
BRENT D. VALDEZ, ESQ.
Nevada Bar No. 10784
CRAM VALDEZ BRIGMAN & NELSON
2451 S. Buffalo Drive, Ste. 120
Las Vegas, NV 89117

*Attorneys for Plaintiff*
*Haydi Faneste*

DATED this 6th day of ~~January~~ March, 2020.

**PHILLIPS, SPALLAS & ANGSTADT LLC**

_____ NV Bar No. 15510 for
ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 11441
MEGAN E. WESSEL, ESQ.
Nevada Bar No. 14131
504 S. 9th Street
Las Vegas, NV 89101

*Attorneys for Defendant*
*Walmart, Inc.*

*Haydi Faneste v. Walmart, Inc.*
*Case No. 2:19-cv-01477-RFB-VCF*

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees.

DATED this 9th day of March, 2020.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE